**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**PHILLIP J. KENNEDY,**
        **Plaintiff,**

**vs.**                                                    **Case No. 3:10cv61/MCR/MD**

**JEAN-PERRIER SAKEY, et al.,**
        **Defendants.**

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on February 25, 2010 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). Plaintiff failed to pay the filing fee or file a motion to proceed *in forma pauperis* and was given twenty-eight (28) days in which to do so (doc. 3). After receiving no response or explanation from plaintiff, the court entered an order requiring plaintiff to show cause, within fourteen (14) days, why this cause should not be dismissed for his failure to comply with an order of the court (doc. 4). To date, plaintiff has failed to respond or explain his inability to do so. He has filed nothing since filing his initial complaint.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 21st day of May, 2010.


/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).**